IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Johnny | Case Number: 07 B 01896 |
| | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 2/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  August 1, 2008
Confirmed:   April 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
|  | 4,775.76 | |
| Secured: | | 1,778.06 |
| Unsecured: | | 275.89 |
| Priority: | | 0.00 |
| Administrative: | | 2,338.00 |
| Trustee Fee: | | 265.04 |
| Other Funds: | | 118.77 |
| Totals: | 4,775.76 | 4,775.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 495.00 | 495.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,843.00 | 1,843.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Midwest Title | Secured | 499.92 | 499.92 |
| 5. | Litton Loan Servicing | Secured | 15,901.00 | 1,278.14 |
| 6. | Midwest Title | Unsecured | 15.59 | 155.89 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 12.00 | 120.00 |
| 8. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 9. | Village of South Holland | Unsecured | | No Claim Filed |
| 10. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 11. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,766.51 | $ 4,391.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 185.02 |
| 6.5% | 80.02 |
| | _____ |
| | $ 265.04 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Johnny

Printed:  9/23/08

Case Number:  07 B 01896
Judge:  Hollis, Pamela S
Filed:  2/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

